**Willard J. McMIKLE and Charlotte Stanley McMikle.**

No. 50315.

Jan. 16, 1970.

In re: Willard J. McMikle and Charlotte Stanley McMikle applying for writ of certiorari or review.

Application denied. The ruling complained of is correct.

229 So.2d 738

**STATE of Louisiana ex rel. Arthur HOLLAND**

v.

**C. Murray HENDERSON, Warden Louisiana State Penitentiary, et al.**

No. 50322.

Jan. 16, 1970.

In re: Arthur Holland applying for writs of habeas corpus, certiorari and mandamus.

Writ refused. Showing made does not warrant the exercise of our original supervisory jurisdiction.

229 So.2d 738

**CITY OF HOUMA**

v.

**LOUISIANA POWER AND LIGHT COMPANY.**

No. 50320.

Jan. 16, 1970.

In re: Louisiana Power and Light Company applying for writs of certiorari, prohibition and mandamus.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

229 So.2d 738

**STATE of Louisiana ex rel. H. B. TRIPP**

v.

**C. Murray HENDERSON, Warden Louisiana State Penitentiary, et al.**

No. 50321.

Jan. 16, 1970.

In re: H. B. Tripp applying for writ of habeas corpus.

Not considered. The application does not comply with the Rules of this Court. See Rule XII, Sec. 7.